# UNITED STATES DISTRICT COURT
## DISTRICT OF MINNESOTA

Consolidated Civ. Case No. 21-sc-171 (SRN/DLM)

*In re NuWay Litigation*

**ORDER**

Upon consideration of the United States' Notice Of Intervention For Purposes Of Settlement And Request For Lifting Of The Seal, **IT IS HEREBY ORDERED that**:

1) Relator Walsh's Complaint, Relator Kluender's Complaint (Case No. 22-sc-2606, ECF No. 1), the United States' Notice of Intervention For Purposes of Settlement and Request For Partial Lifting Of Seals, and this Order be **UNSEALED**;

2) All other filings currently on the docket in this action shall remain under seal;

3) Relator Marston shall file a redacted version of his Complaint on the docket in this consolidated case within seven days after this Order, to protect potentially privileged information; and

4) The seal is hereby lifted for all future filings in this action.

Dated: Wednesday, June 25, 2025

s/ Susan Richard Nelson
Susan Richard Nelson
United States District Judge