# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

*In re NuWay Litigation*  Consolidated Civ. Case No. 21-cv-171 (SRN/DLM)

## JOINT STIPULATION OF DISMISSAL

The United States, the State of Minnesota, the Relators, and Defendants, under Fed. R. Civ. P. 41(a)(1) and the False Claims Act, 31 U.S.C. § 3730(b)(1), and based on the terms of the parties' Settlement Agreement, hereby stipulate to the entry of an order dismissing the consolidated actions as follows:

1. Except as provided in paragraph 2, the consolidated actions are dismissed with prejudice as to all Relators' claims in these actions against all named defendants (individually and collectively, "NUWAY"); with prejudice as to the United States and the State of Minnesota against NUWAY as to the Covered Conduct in the parties' Settlement Agreement; and otherwise without prejudice.

2. The dismissal in paragraph 1 excludes Relator Marston's claims under 31 U.S.C. § 3730(h), Minn. Stat. § 15C.145, Minn. Stat. §§ 181.931-933, 935-936, Minn. Stat. § 317A.521, his claim under the Declaratory Judgment Act, 28 U.S.C. § 2201, his common law claims for breach of contract and declaratory

judgment, his certain unfiled ERISA claims, and his claims for attorneys' fees, expenses, and/or costs in connection with such claims.

3. A proposed order accompanies this Stipulation.

Dated: July 21, 2025                                        Respectfully submitted,

                                                                            JOSEPH H. THOMPSON
                                                                            Acting United States Attorney

                                                                            */s/Lucas B. Draisey*
                                                                            BY:  LUCAS B. DRAISEY
                                                                            Assistant U.S. Attorney
                                                                            Attorney ID No. 0401625
                                                                            600 U.S. Courthouse
                                                                            300 South Fourth Street
                                                                            Minneapolis, MN  55415
                                                                            (612) 664-5664
                                                                            Email: Lucas.Draisey@usdoj.gov

Dated: July 21, 2025                                        */s/ Toni M. Lee*
                                                                            TONI M. LEE
                                                                            Assistant Attorney General,
                                                                            Medicaid Fraud Division
                                                                            Office of the Minnesota Attorney
                                                                            General
                                                                            445 Minnesota Street Suite 600
                                                                            Saint Paul, MN 55101
                                                                            651-757-1080
                                                                            Toni.lee@ag.state.mn.us
                                                                            Attorneys for the State of Minnesota

Dated: July 3, 2025                                          */s/ Nancy Hylden*
                                                                            NANCY HYLDEN
                                                                            Hylden Advocacy & Law
                                                                            310 4th Avenue South, Suite 9200
                                                                            Minneapolis, MN 55415
                                                                            612-418-6520

nhylden@hyldenlaw.com
Attorneys for Plaintiff-Relator Walsh

Dated: July 10, 2025

/s/ Ryan Morrison
RYAN MORRISON
Tom Greene
Greene LLP
75 Park Plaza 2nd Floor
Boston, MA 02116
888-532-3513
rmorrison@greenellp.com
Attorneys for Plaintiff-Relator Kluender

Dated: July 3, 2025

/s/ Nicole Engisch
NICOLE ENGISCH
Chelsea McLean
Dorsey & Whitney LLP
50 South 6th Street #1500
Minneapolis, MN 55402
612-340-2600
Engisch.nicole@dorsey.com
Attorneys for Plaintiff-Relator Marston

Dated: July 2, 2025

/s/ Manda Sertic
MANDA SERTICH
Fredrikson & Byron, P.A.
60 South 6th Street #1500
Minneapolis, MN 55402
612-492-7000
msertich@fredlaw.com
Attorneys for Defendants