# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

*In re NuWay Litigation*           Consolidated Civ. Case No. 21-CV-171 (SRN/DLM)

## ORDER FOR PARTIAL DISMISSAL

Based on the Joint Stipulation of Dismissal (Doc.64) **IT IS HEREBY ORDERED that**:

1. Except as provided in paragraph 2, these actions are **DISMISSED with prejudice** as to all claims of Relators in these actions against the named defendants (individually and collectively, "NUWAY"); **with prejudice** as to the United States and the State of Minnesota against NUWAY as to the Covered Conduct in the parties' Settlement Agreement; and otherwise **without prejudice**.

2. The dismissal in paragraph 1 excludes Relator Marston's claims under 31 U.S.C. § 3730(h), Minn. Stat. § 15C.145, Minn. Stat. §§ 181.931-933, 935-936, Minn. Stat. § 317A.521, his claim under the Declaratory Judgment Act, 28 U.S.C. § 2201, his common law claims for breach of contract and declaratory judgment, his certain unfiled ERISA claims, and his claims for attorneys' fees, expenses, and/or costs in connection with such claims.

Dated: Tuesday, July 22, 2025         *s/ Susan Richard Nelson*
                                                           Susan Richard Nelson
                                                           United States District Judge